# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD E. LONG, | : | **CIVIL NO.: 4:16-CV-00139** |
| Plaintiff, | : | |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| TRANSAMERICA LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

# ORDER
November 27, 2018

For the reasons expressed in the accompanying memorandum (*doc. 51*), Transamerica's motion for summary judgment is **DENIED** with regard to Plaintiff's breach of contract claim and **GRANTED** with regard to Plaintiff's bad faith claim.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge